

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00211-CV

**OWENS CORNING**,
Appellant

v.

Glenn **HEGAR**, Comptroller of Public Accounts of the State of Texas, and Ken Paxton,
Attorney General of the State of Texas,
Appellees

From the 200th District Court, Travis County, Texas
Trial Court No. D-1-GN-15-001998
The Honorable Gisela D. Triana, Judge Presiding

# O R D E R

After this court granted appellees' first motion to extend time to file appellees' brief, the brief was due August 24, 2016. Appellees have now filed an unopposed motion asking for an additional seven days in which to file their brief. After review, we **GRANT** appellees' motion and **ORDER** appellees to file their brief in this court on or before August 31, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court